UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-57-2BR

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> LINDALEA SINGLETON | ORDER |

This matter is before the Court pursuant to Defendant's Motions to Seal the sentencing memorandum and motion for variance. The Court finds that Defendant has demonstrated good cause to have these documents filed under seal. Accordingly, Defendant's motions are GRANTED.

This 2 September 2011.

_____
W. Earl Britt
Senior U.S. District Judge