UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:10-CR-57-2BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LINDALEA SINGLETON | ORDER |

This matter is before the court on defendant's unopposed motion to modify conditions of her probation. In accordance with 8 U.S.C. § 3563(c) and Fed. R. Crim. P. 32.1(c)(2), the motion is GRANTED. So as to not impede defendant's treatment schedule, defendant's probation is modified and the requirement that her home detention be supported by electronic monitoring is hereby STRICKEN. In lieu thereof, the following special condition of supervision is inserted:

> Defendant shall abide by all conditions and terms of the home detention program for a period of 180 consecutive days. Defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer.

This 15 September 2011.

_____
W. Earl Britt
Senior U.S. District Judge